Dennis Brager (Cal Bar. No. 81559)
Guy H. Glaser (Cal Bar. No. 148674)
Brager Tax Law Group, A P.C.
12121 Wilshire Blvd., Ste. 600
Los Angeles, CA 90025
Telephone: (310) 208-6200
Facsimile: (310) 478-8030
Email: dbrager@bragertaxlaw.com
Email: gglaser@bragertaxlaw.com
    Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| PAUL YONG KIM,<br><br>    Plaintiff,<br><br>    vs.<br><br>UNITED STATE OF AMERICA,<br><br>    Defendant. | Case No.   5:22-cv-00691 Kim<br><br>NOTICE OF INTERESTED PARTIES<br><br>[Local Rule 7.1-1] |

**TO THE COURT AND ALL PARTIES APPEARING OF RECORD:** The undersigned, counsel of record for Plaintiff, PAUL YONG KIM, certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

1.    PAUL YONG KIM – Plaintiff.

2.    UNITED STATES OF AMERICA – Defendant and governmental entity.

                                            Respectfully Submitted

Dated: April 21, 2022             Signed: _____
                                            Guy H. Glaser (Cal Bar. No. 148674)
                                            Attorney of Record for Plaintiff

- 1 -