# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER: |
|---|---|
| PAUL YONG KIM<br><br>PLAINTIFF(S)<br><br>v.<br><br>UNITED STATE OF AMERICA<br><br>DEFENDANT(S). | 5:22–cv–00691–SB–SP<br><br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ATTORNEY CASE OPENING** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

| 4/22/2022 | 1 | Complaint |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**ERROR(S) WITH DOCUMENT:**

The Civil Cover Sheet (CV–71) is missing or incomplete. All civil actions presented for filing must be accompanied by a completed Civil Cover Sheet. See Local Rule 3–1. Counsel must file a completed Civil Cover Sheet immediately. Failure to do so may be addressed by judicial action, including sanctions. See Local Rule 83–7.

*Other Error(s):*


Clerk, U.S. District Court

Dated: April 26, 2022          By: /s/ *Jeannine Tillman  jeannine_tillman@cacd.uscourts.gov*
                                   Deputy Clerk