Dennis Brager (Cal Bar. No. 81559)
Guy H. Glaser (Cal Bar. No. 148674)
Brager Tax Law Group, A P.C.
12121 Wilshire Blvd., Ste. 600
Los Angeles, CA 90025
Telephone: (310) 208-6200
Facsimile: (310) 478-8030
Email: dbrager@bragertaxlaw.com
Email: gglaser@bragertaxlaw.com
    Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PAUL YONG KIM,<br><br>    Plaintiff,<br><br>  vs.<br><br>UNITED STATE OF AMERICA,<br><br>    Defendant. | Case No. 5:22-cv-00691 SB (SPx)<br><br>PROOF OF SERVICE ON MERRICK GARLAND, ATTORNEY GENERAL OF THE UNITED STATES |

///

///

- 1 -

Civil Action No. 5:22-cv-00691-SB-SP

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __The Attorney General of the United States__

was received by me on *(date)* __June 1, 2022__ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: I sent the Summons and Complaint, along with a cover letter, to Attorney General at 950 Pennsylvania Avenue via Certified Mail No. 9314869904308883365, from the United States Postal Service location at 11420 Santa Monica Boulevard, Los Angeles, CA 90025, on June 2, 2022.

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __June 2, 2022__        __Scullint__
                                        Server's signature

                              __Sam Vincent, Legal Assistant__
                                        Printed name and title

                              __12121 Wilshire Blvd, Suite 600, Los Angeles, CA 90025__
                                        Server's address

Additional information regarding attempted service, etc: