Dennis Brager (Cal Bar. No. 81559)
Guy H. Glaser (Cal Bar. No. 148674)
Brager Tax Law Group, A P.C.
12121 Wilshire Blvd., Ste. 600
Los Angeles, CA 90025
Telephone: (310) 208-6200
Facsimile: (310) 478-8030
Email: dbrager@bragertaxlaw.com
Email: gglaser@bragertaxlaw.com
    Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PAUL YONG KIM,<br><br>    Plaintiff,<br><br>  vs.<br><br>UNITED STATE OF AMERICA,<br><br>    Defendant. | Case No. 5:22-cv-00691 SB (SPx)<br><br>PROOF OF SERVICE ON TRACY L. WILKINSON, UNITED STATES ATTORNEY |

///

///

- 1 -

Civil Action No. 5:22-cv-00691-SB-SP

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **the United States of America**
was received by me on *(date)* **On June 1, 2022**.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* I sent the Summons and Complaint, along with a cover letter, to Tracy L. Wilkinson at 300 N. Los Angeles Street via Certified Mail No. 9314869904300095888334, from the United States Postal Service location at 11420 Santa Monica Boulevard, Los Angeles, CA 90025, on June 2, 2022.

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **June 2, 2022**

*Server's signature* Sullint

*Printed name and title* Sam Vincent, Legal Assistant

*Server's address* 12121 Wilshire Blvd, Suite 600, Los Angeles, CA 90025

Additional information regarding attempted service, etc: