# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER: |
|---|---|
| PAUL YONG KIM | 5:22–cv–00691–SB–SP |
| Plaintiff(s), | |
| v. | |
| UNITED STATE OF AMERICA | **NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |
| Defendant(s). | |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed:   6/23/2022

Document Number(s):   11 and 12

Title of Document(s):   Proof of Service

**ERROR(S) WITH DOCUMENT:**

Incorrect event selected. Correct event to be used is: Service of S/C Returned Executed as to USA. The filer used the event, Notice and Acknowledgment of Service (CV–21) Executed, for docketing this filing

Other:

**Note:** In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: June 24, 2022        By:  /s/ *Grace Kami grace_kami@cacd.uscourts.gov*
                                    Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.

G–112A(05/19) NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS