FILED
CLERK, U.S. DISTRICT COURT
June 28, 2022
CENTRAL DISTRICT OF CALIFORNIA
BY: Natalie L. Calkins DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Creation of the Calendar<br><br>of<br><br>Judge SHERILYN PEACE GARNETT | ORDER OF THE CHIEF JUDGE<br><br>**22-132** |

Pursuant to the recommended procedure adopted by the Court for the creation of the calendar of Judge Sherilyn Peace Garnett,

IT IS HEREBY ORDERED that the following cases are hereby transferred from the calendar of Judge Stanley Blumenfeld, Jr, to the calendar of Judge Sherilyn Peace Garnett:

| | |
|---|---|
| 2:19-cv-06889-SB-AGR | Farren Bryant v. Debbie Asuncion, et al. |
| 2:21-cv-06895-SB-KK | Frederick Newhall Woods v. Danny Samuel |
| 2:21-cv-09942-SB-SKx | David Sandovalcalderon v. FNU Aguilar, et al. |
| 2:22-cv-01359-SB-MAAx | Emiro Cuellar v. SEIU-USWW, et al. |
| 2:22-cv-01966-SB-AFMx | Salvador Aquino, et al. v. 99 Cents Only Stores LLC, et al. |
| 2:22-cv-02228-SB-JEMx | Fermina Luis Diaz v. Ford Motor Company, et al. |
| 2:22-cv-02306-SB-KSx | Perry Bruno v. Burt's Bees, Inc. |
| 2:22-cv-03299-SB-MARx | Alexander Russell v. BMW of North America, et al. |
| 2:22-cv-03444-SB-ASx | Raquel Roman v. Lorem Technologies Inc., et al. |
| 2:22-cv-03841-SB-SKx | Bright Capture LLC v. BQE Software, Inc. |
| 2:22-cv-03891-SB-PVCx | Lawrence Michael Doherty Jr. v. MicroBilt Corporation, et al. |
| 5:22-cv-00129-SB-PVCx | Teresa Hicks v. The Torta Family Limited Partnership, et al. |
| 5:22-cv-00691-SB-SPx | Paul Yong Kim v. United States of America |

In the Matter of the
Creation of Calendar for
District Judge Sherilyn Peace Garnett                                                                 2
_____

       5:22-cv-00976-SB-KKx       David McCown v. Hohm Tech, Inc., et al.

      On all documents subsequently filed in the case, please substitute the Judge initials SPG after the case number in place of the initials of the prior Judge.

DATED: June 28, 2022                     _____
                                                Chief Judge Philip S. Gutierrez