1
2
3
4
5
6
7
8                        UNITED STATES DISTRICT COURT
9                       CENTRAL DISTRICT OF CALIFORNIA
10                             EASTERN DIVISION
11

12   PAUL YONG KIM,                    Case No.:  5:22-cv-00691-SPG-SPx

13                         Plaintiff,  **[PROPOSED] ORDER GRANTING**
                                       **MOTION TO DISMISS COMPLAINT**
14          v.
                                       Date:   November 9, 2022
15                                     Time:  1:30 p.m.
16   UNITED STATES OF AMERICA,         Courtroom:    5C
                                       Location:  First Street Courthouse
17                         Defendant.            350 West First Street
                                                 Los Angeles, California
18
19

20          On July 22, 2022, Defendant filed a Motion to Dismiss Plaintiff's Complaint (Docket No.

21   16), under Federal Rule of Civil Procedure 12(b)(6).

22          The court, having considered Defendant's Motion, Plaintiff's Opposition, and Defendant's

23   Reply, and finding good cause therefor, hereby GRANTS the Motion and ORDERS that

24   the Complaint is dismissed, with prejudice.

25          IT IS SO ORDERED.

26

27   Dated:                       _____

28                                Hon. Sherilyn Peace Garnett
                                  Hon. United States District Judge