## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | EDCV 22-00691-SPG(SPx) | Date | November 16, 2022 |
| Title | Paul Young Kim v. United States of America | | |

Present: The Honorable   **SHERILYN PEACE GARNETT**
                          **UNITED STATES DISTRICT JUDGE**

| P. Gomez | Marea Woolrich |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Guy Glaser | Jolene Tanner |
| | Gavin Greene |

**Proceeding:**     **MOTION TO DISMISS [16]**

Case called, and counsel make their appearance. Arguments by counsel are heard. For reasons stated on the record, the Court takes the matter under submission. An order will issue.

                                                                    :     25

                                          Initials of Preparer   pg