Dennis Brager (Cal. Bar No. 81559)
Guy H. Glaser (Cal. Bar. No. 148674)
Brager Tax Law Group, A P.C.
12121 Wilshire Blvd., Ste. 600
Los Angeles, CA 90025
Telephone: (310) 208-6200
Facsimile: (310) 478-8030
E-mail: dbrager@bragertaxlaw.com
        gglaser@bragertaxlaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| Paul Yong Kim,<br><br>Plaintiff,<br><br>v.<br><br>United States of America,<br><br>Defendant. | Case No. 5:22-cv-00691-SPG-SPx<br><br>STIPULATION TO DISMISS CASE WITHOUT PREJUDICE<br><br>[FRCP 41(a)(1)(A)(ii)]<br><br>[PROPOSED] ORDER DISMISSING CASE WITHOUT PREJUDICE LODGED CONCURRENTLY<br><br>Judge:  Sherilyn Peace Garnett |

1

1  Plaintiff, Paul Yong Kim, by and through its undersigned counsel, and Defendant
2  United States of America hereby stipulate under Federal Rule of Civil Procedure
3  41(a)(1)(A)(ii) that this action be dismissed without prejudice. Each party will bear their
4  own costs and attorney's fees. The undersigned parties request that the Court enter the
5  proposed Order Dismissing Case Without Prejudice lodged concurrently.

7  Dated: June 2, 2023

8  Brager Tax Law Group, A P.C.

10  /s/ _____
    By: GUY H. GLASER
11  Attorney for Plaintiff

13  Brager Tax Law Group, A P.C.

14  /s/ _____
15  By: DENNIS N. BRAGERR
    Attorney for Plaintiff

17  E. MARTIN ESTRADA
    United States Attorney
18  THOMAS D. COKER
19  Assistant United States Attorney
    Chief, Tax Division

21  Dated: June 2, 2023
22  /s/ _____
    GAVIN GREENE
23  JOLENE TANNER
24  Assistant United States Attorneys
    Attorneys for the United States of America

26  Pursuant to Local Rule 5-4.3.4(a)(2)(i), I Guy Glaser attest that Gavin Greene concurs in
27  the contents of this document and has authorized this filing.