UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| Paul Yong Kim, | Case No. 5:22-cv-00691-SPG-SPx |
|---|---|
| Plaintiff, | [PROPOSED] ORDER DISMISSING CASE WITHOUT PREJUDICE |
| v. | [FRCP 41(a)(1)(A)(ii)] |
| United States of America, | |
| Defendant. | |

Pursuant to the Stipulation to Dismiss Case Without Prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is ordered that this action is dismissed without prejudice. Each party will bear their own costs and attorney's fees. The Clerk is directed to close the file.

Dated:

_____
HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE