JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| Paul Yong Kim,<br><br>    Plaintiff,<br><br>    v.<br><br>United States of America,<br><br>    Defendant. | Case No. 5:22-cv-00691-SPG-SPx<br><br>ORDER DISMISSING CASE WITHOUT PREJUDICE<br><br>[FRCP 41(a)(1)(A)(ii)] |

Pursuant to the Stipulation to Dismiss Case Without Prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is ordered that this action is dismissed without prejudice. Each party will bear their own costs and attorney's fees. The Clerk is directed to close the file.

Dated: June 7, 2023

_____
HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE